## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
SYNAGRO TECHNOLOGIES, INC., : Case No. 13-11041 (BLS)
:
Debtor. : Tax I.D. No. 88-0219860
:
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
DRILLING SOLUTIONS, LLC : Case No. 13-11065 (BLS)
:
:
Debtor. : Tax I.D. No. 71-102935
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
EARTHWISE ORGANICS, LLC : Case No. 13-11063 (BLS)
:
:
Debtor. : Tax I.D. No. 77-0445458
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :       Chapter 11
                                    :
ENVIRONMENTAL PROTECTION AND        :       Case No. 13-11061 (BLS)
IMPROVEMENT COMPANY                 :
                                    :
        Debtor.                     :       Tax I.D. No. 22-1922397
                                    :
                                    :
                                    :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :       Chapter 11
                                    :
NETCO – WATERBURY, LP               :       Case No. 13-11066 (BLS)
                                    :
                                    :
        Debtor.                     :       Tax I.D. No. 06-1375202
                                    :
                                    :
                                    :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :       Chapter 11
                                    :
NEW HAVEN RESIDUALS, LP             :       Case No. 13-11067 (BLS)
                                    :
                                    :
        Debtor.                     :       Tax I.D. No. 06-1432758
                                    :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :      Chapter 11
                                          :
NEW YORK ORGANIC FERTILIZER               :      Case No. 13-11070 (BLS)
COMPANY                                   :
                                          :
          Debtor.                         :      Tax I.D. No. 36-4148694
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :      Chapter 11
                                          :
PROVIDENCE SOILS, LLC                     :      Case No. 13-11054 (BLS)
                                          :
                                          :
          Debtor.                         :      Tax I.D. No.06-1559061
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :      Chapter 11
                                          :
SOARING VISTAS PROPERTIES, LLC            :      Case No. 13-11069 (BLS)
                                          :
                                          :
          Debtor.                         :      Tax I.D. No. 52-1444015
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

3

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :      Chapter 11
                                        :
SOUTH KERN INDUSTRIAL CENTER, LLC       :      Case No. 13-11050 (BLS)
                                        :
                                        :
            Debtor.                     :      Tax I.D. No. 77-0572099
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :      Chapter 11
                                        :
ST INTERCO, INC.                        :      Case No. 13-11043 (BLS)
                                        :
                                        :
            Debtor.                     :      Tax I.D. No. 90-0114867
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :      Chapter 11
                                        :
SYNAGRO – CONNECTICUT, LLC              :      Case No. 13-11051 (BLS)
                                        :
                                        :
            Debtor.                     :      Tax I.D. No. 06-1345632
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

4

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :      Chapter 11
                                         :
SYNAGRO – WCWNJ, LLC                      :      Case No. 13-11049 (BLS)
                                         :
                                         :
            Debtor.                      :      Tax I.D. No. 36-3960817
                                         :
                                         :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :      Chapter 11
                                         :
SYNAGRO – WWT, INC.                       :      Case No. 13-11042 (BLS)
                                         :
                                         :
            Debtor.                      :      Tax I.D. No. 52-1130492
                                         :
                                         :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :      Chapter 11
                                         :
SYNAGRO CENTRAL, LLC                      :      Case No. 13-11044 (BLS)
                                         :
                                         :
            Debtor.                      :      Tax I.D. No. 76-06125
                                         :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
SYNAGRO COMPOSING COMPANY OF                :    Case No. 13-11064 (BLS)
CALIFORNIA, LLC                             :
                                            :
          Debtor.                           :    Tax I.D. No. 33-0267671
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
SYNAGRO DETROIT, LLC                        :    Case No. 13-11055 (BLS)
                                            :
                                            :
          Debtor.                           :    Tax I.D. No. 26-0561107
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
SYNAGRO DRILLING SOLUTIONS, LLC             :    Case No. 13-11048 (BLS)
                                            :
                                            :
          Debtor.                           :    Tax I.D. No. 45-2484598
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SYNAGRO HYPEX, LLC                      :    Case No. 13-11057 (BLS)
                                        :
                                        :
            Debtor.                     :    Tax I.D. No.27-4552544
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SYNAGRO MANAGEMENT, LP                  :    Case No. 13-11068 (BLS)
                                        :
                                        :
            Debtor.                     :    Tax I.D. No. 76-0664372
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SYNAGRO NORTHEAST, LLC                  :    Case No. 13-11045 (BLS)
                                        :
                                        :
            Debtor.                     :    Tax I.D. No. 76-0612564
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SYNAGRO OF CALIFORNIA                      :    Case No. 13-11059 (BLS)
                                          :
                                          :
         Debtor.                          :    Tax I.D. No. 86-0468598
                                          :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SYNAGRO OF MINNESOTA – REHBEIN,            :    Case No. 13-11060 (BLS)
LLC                                       :
                                          :
         Debtor.                          :    Tax I.D. No. 41-1507969
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SYNAGRO OF TEXAS – CDR, INC.               :    Case No. 13-11062 (BLS)
                                          :
                                          :
         Debtor.                          :    Tax I.D. No. 74-2648566
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

8

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :       Chapter 11
                                                            :
SYNAGRO PRODUCT DISTRIBUTION,                               :       Case No. 13-11058 (BLS)
LLC                                                         :
                                                            :
       Debtor.           :       Tax I.D. No. 45-4824357
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :       Chapter 11
                                                            :
SYNAGRO SOUTH, LLC                                          :       Case No. 13-11046 (BLS)
                                                            :
                                                            :
       Debtor.           :       Tax I.D. No. 76-0612567
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :       Chapter 11
                                                            :
SYNAGRO TEXAS, INC.                                         :       Case No. 13-11053 (BLS)
                                                            :
                                                            :
       Debtor.           :       Tax I.D. No. 76-0664372
                                                            :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
SYNAGRO WEST, LLC                         :        Case No. 13-11047 (BLS)
                                          :
                                          :
         Debtor.                          :        Tax I.D. No. 76-0612566
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
SYNAGRO WOONSOCKET, LLC                   :        Case No. 13-11052 (BLS)
                                          :
                                          :
         Debtor.                          :        Tax I.D. No. 06-1201634
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
SYNATECH HOLDINGS, INC.                   :        Case No. 13-11071 (BLS)
                                          :
                                          :
         Debtor.                          :        Tax I.D. No. 20-8315544
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR ORDER (A) DIRECTING JOINT ADMINISTRATION OF
CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY
RULE 1015-1 AND (B) WAIVING REQUIREMENTS OF BANKRUPTCY CODE
SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)**

Synagro Technologies, Inc. and certain of its affiliates, the debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors" and, together with the non-

10

debtor affiliates and subsidiaries of Synagro Technologies, Inc., "Synagro" or the "Company")

hereby move (the "Motion") for entry of an order, pursuant to section 342(c)(1) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"),

providing for the joint administration of the Debtors' separate Chapter 11 Cases for procedural

purposes only and seeking a waiver of the requirement that the captions in these Chapter 11

Cases list the Debtors' tax identification numbers and addresses.  In support of the Motion, the

Debtors rely upon and incorporate by reference the Declaration of John R. Castellano, the Chief

Restructuring Officer of the Debtors,  in Support of Chapter 11 Petitions and First Day Pleadings

(the "First Day Declaration"), filed with the Court concurrently herewith.  In further support of

the Motion, the Debtors, by and through their undersigned proposed counsel, respectfully represent:

## JURISDICTION

1.       This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157

and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this

Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.       The legal predicates for the relief requested herein are Bankruptcy Code

section 342(c)(1); Bankruptcy Rules 1005, 1015 and 2002(n) and Local Bankruptcy Rule 1015-1.

3.       Pursuant to the Local Rules for the United States Bankruptcy Court for the

District of Delaware, the Debtors consent to the entry of a final judgment or order with respect to

this Motion if it is determined that Court would lack Article III jurisdiction to enter such final

order or judgment absent the consent of the parties.

**BACKGROUND**

**A.     The Chapter 11 Cases**

4.      On April 24, 2013 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  The Debtors have requested that the Chapter 11 Cases be jointly administered.

5.      The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      To date, no creditors' committee has been appointed in these Chapter 11 Cases by the United States Trustee.  No trustee or examiner has been appointed in the Debtors' Chapter 11 Cases.

**B.     The Debtors' Business**

7.      Synagro—including the Debtors and their Non-Debtor Affiliates—is the largest recycler of biosolids and organic residuals in the United States and is one of the largest national companies focused exclusively on biosolids recycling, which has a market size of approximately $2 billion.  In particular, Synagro offers a broad range of water and wastewater residuals management services focusing on the beneficial reuse of organic, nonhazardous residuals, including solid or liquid material generated by  municipal wastewater treatment or residuals management facilities, known as biosolids.

8.      The Company's operations are divided into four primary divisions— Facilities, Services, Rail, and Drilling.  Currently, the Company has nine heat-drying and pelletization facilities, three composting facilities, and three incineration facilities located

throughout the country (collectively, the "Facilities").  In addition to services provided at its

Facilities, the Company's Services division provides biosolids treatment services to municipal

and industrial customers at facilities owned by such customers.  These services include: (i)

residuals dewatering services through permanent and mobile dewatering units, (ii) cleaning and

maintenance of the digesters and lagoons at municipal and industrial wastewater facilities and

agricultural land application or landfilling of the removed biosolids, (iii) alkaline stabilization

through the Company's BIO*FIX process, (iv) collection and transportation of removed

residuals via the Company's fleet of tankers to either a land application site, a landfill, or one of

the Company's residuals processing facilities, (v) recycling of biosolids through agricultural land

application programs in 25 states, and (vi) provision of Synagro's proprietary Residuals

Management System.  The Company's newly-acquired Drilling division provides sustainable,

closed-loop solids control and waste management expertise to oil and gas exploration and

production companies. Finally, the Company provides an intermodal rail transportation service

through its Rail division, employing an extensive fleet of rail cars and intermodal containers to

transport both non-hazardous and hazardous materials including biosolids, contaminated soils,

municipal solid waste and coal combustion byproducts.

## C.     Events Leading to the Chapter 11 Cases

9.      In early and mid-2012, Synagro recognized that that it likely would not

satisfy its leverage ratio covenants under its first lien and second lien credit agreements (the

"First Lien Credit Agreement" and "Second Lien Credit Agreement" respectively, and together,

the "Prepetition Credit Facilities") in upcoming quarters due to several factors.  These factors

include, among other things, a challenging operating environment in late 2011 and early 2012, a

reduction in the permitted total leverage ratio under the First Lien Credit Agreement, and the

discontinuation of a government program providing for credits in the form of cash payments to entities which utilized alternative liquid fuels.  In light of these issues, the upcoming maturity of its first lien revolver facility under the First Lien Credit Agreement in April of 2012 and the generally over-leveraged state of the Company, Synagro retained restructuring advisors and commenced negotiations with the its lenders under the First and Second Lien Credit Agreements (the "First Lien Lenders" and "Second Lien Lenders" respectively, and together, the "Prepetition Lenders") regarding a restructuring of its credit facilities.

10.     In late 2012, the Company determined that it had not satisfied certain of its financial covenants under the Prepetition Credit Facilities.  To address these defaults, in December of 2012, the Company entered into temporary waivers with the First Lien and Second Lien Lenders, waiving all defaults until February 28, 2013, which period was later extended to July 19, 2013.

11.     During the waiver period, and in accordance with the requirements of the first lien waiver, the Company, with the assistance of its advisors, commenced and conducted a comprehensive sale process, approaching over 100 potentially interested parties.  During that process, EQT Infrastructure II ("EQT") clearly emerged as the lead bidder, offering the highest value for the assets of the Company.  For a variety of reasons, the Company recognized that the sale would likely have to be effectuated through a bankruptcy process.  Accordingly, the Company negotiated an asset purchase agreement with EQT whereby STI Infrastructure Company, Inc., a subsidiary of EQT, would serve as stalking horse bidder.  The Company executed the asset purchase agreement on April 23, 2013.  Accordingly, the Debtors filed these Chapter 11 Cases to effectuate a sale to EQT or another bidder presenting a higher or otherwise

14

better offer.  The Debtors anticipate that consummation of the sale will enable them to delever

their balance sheets and emerge as a stronger company.

**RELIEF REQUESTED**

12.     By this Motion, the Debtors seek entry of an order, under Bankruptcy

Code section 342(c)(1), Bankruptcy Rule 1005 and Local Bankruptcy Rule 1015-1 consolidating

the Debtors' Chapter 11 Cases for procedural purposes only and waiving the requirement that the

Debtors' caption and certain notices contain tax identification numbers and any other names used

by the Debtors in the previous eight years.

13.     In furtherance of the foregoing, the Debtors request that the official

caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re:                                           :     Chapter 11
                                                 :
SYNAGRO TECHNOLOGIES, INC., et al.,              :     Case No. 13-11041 (BLS)
                                                 :
             Debtors.[1]                         :     (Joint Administration Pending)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Drilling Solutions, LLC (9935); Earthwise Organics, LLC (5458); Environmental Protection & Improvement Company, LLC (2397);  NETCO - Waterbury, LP (5202); New Haven Residuals, LP (2758); New York Organic Fertilizer Company (8694);  Providence Soils, LLC (9061); Soaring Vista Properties, LLC (4015); South Kern Industrial Center, LLC (2099); ST Interco, Inc. (4897); Synagro - Connecticut, LLC (5532); Synagro - WCWNJ, LLC (0817); Synagro - WWT, Inc. (0492); Synagro Central, LLC (2568); Synagro Composting Company of California, LLC (7671); Synagro Detroit, LLC (1107); Synagro Drilling Solutions, LLC (4598); Synagro-Hypex, LLC (2544); Synagro Management, LP (4546); Synagro Northeast, LLC (2564); Synagro of California, LLC (8598); Synagro of Minnesota - Rehbein, LLC (7969); Synagro of Texas - CDR, Inc. (8566); Synagro Product Distribution, LLC (4357); Synagro South, LLC (2567); Synagro Technologies, Inc. (9860); Synagro Texas, LLC (4372); Synagro West, LLC (2566); Synagro Woonsocket, LLC (1634); Synatech Holdings, Inc. (5544). The Debtors' address is 1800 Bering Drive, Suite 1000, Houston, Texas 77057.

15

14.    In addition, the Debtors request that the Court make separate docket entries on the docket of each of the Debtors' Chapter 11 Cases (except that of Synagro), substantially as follows:

> An order has been entered in this case consolidating this case with the case of Synagro Technologies, Inc., Case No. 13-11041 (BLS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 13-11041 (BLS) should be consulted for all matters affecting this case.

15.    For the reasons set forth herein, the Debtors submit that the relief requested is in the best interest of the Debtors, their estates, creditors, stakeholders and other parties in interest, and therefore, should be granted.

## BASIS FOR RELIEF

16.    Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order joint administration of the estates of the debtor and such affiliates.  The Debtors in these proceedings include subsidiaries of the parent company, Synatech Holdings, Inc.

17.    Synatech Holdings, Inc., is the direct or indirect parent of each of Drilling Solutions, LLC, Earthwise Organics, LLC, Environmental Protection & Improvement Company, LLC,  NETCO - Waterbury, LP, New Haven Residuals, LP, New York Organic Fertilizer Company,  Providence Soils, LLC, Soaring Vista Properties, LLC, South Kern Industrial Center, LLC, ST Interco, Inc., Synagro - Connecticut, LLC, Synagro - WCWNJ, LLC, Synagro - WWT, Inc., Synagro Central, LLC, Synagro Composting Company of California, LLC, Synagro Detroit, LLC, Synagro Drilling Solutions, LLC, Synagro-Hypex, LLC, Synagro Management, LP, Synagro Northeast, LLC, Synagro of California, LLC,  Synagro of Minnesota - Rehbein, LLC, Synagro of Texas - CDR, Inc., Synagro Product Distribution, LLC, Synagro South, LLC,

16

Synagro Technologies, Inc., Synagro Texas, LLC, Synagro West, LLC, Synagro Woonsocket, LLC, and Synagro Technologies, Inc. As such, the aforementioned are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b). Thus joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1.

18.    Moreover, the joint administration of the Debtors' Chapter 11 Cases will permit the Clerk of the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates. Indeed, the Debtors anticipate that numerous notices, applications, motions, other pleadings, hearings, and orders in these cases will affect all of the Debtors.

19.    Joint administration will also save time and money and avoid duplicative and potentially confusing filings by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than in multiple cases. Joint administration will also protect parties in interest by ensuring that parties in <u>each</u> of the Debtors' respective Chapter 11 Cases will be apprised of the various matters before the Court in these cases. The Debtors anticipate that many of the motions, hearings, and other matters involved in these Chapter 11 Cases will affect all of the Debtors. Finally, joint administration will ease the burden on the office of the United States Trustee in supervising these bankruptcy cases. Consequently, joint administration will reduce costs and facilitate a more efficient administrative process, unencumbered by the procedural problems otherwise attendant to the administration of separate, albeit related, Chapter 11 Cases.

17

20.      Moreover, the Debtors submit that use of the simplified caption set forth above will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification.

21.      The rights of the respective creditors and stakeholders of each of the Debtors will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights.  Each creditor and other party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right.

22.      An order of joint administration relates to the routine administration of a case and may be entered by the court in its discretion on an <u>ex parte</u> basis. <u>See</u> Del. Bankr. L.R. 1015-1. Indeed, the relief requested herein is commonly granted in this District.  <u>See, e.g.</u>, <u>In re WP Steel Venture LLC</u>, Case No. 12-11661 (KJC) (Bankr. D. Del. June 1, 2012); <u>Pemco World Air Services, Inc.</u>, Case No. 12-10799 (MFW) (Bankr. D. Del. Mar. 5, 2012); <u>In re Filene's Basement, LLC</u>, Case No. 11-13511 (KJC) (Bankr. D. Del. Nov. 2, 2011); <u>In re Jackson Hewitt Tax Serv. Inc.</u>, Case No. 11-11587 (MFW) (Bankr. D. Del. June 30, 2011); <u>In re DSI Holdings, Inc.</u>, Case No. 11-11941 (KJC) (Bankr. D. Del. June 28, 2011).[2]

**NOTICE**

23.      Notice of this Motion will be given to: (i) the United States Trustee for the District of Delaware; (ii) counsel to the agent under the Debtors' postpetition senior secured credit facility, (iii) counsel to the agent under the First Lien Credit Agreement; (iv) counsel to the agent under the Second Lien Credit Agreement; (v) the parties included on the Debtors' lists of

---

[2]      Because of the voluminous nature of the orders cited herein, they are not attached to the Motion.  Copies of these orders, however, are available on request.

18

thirty (30) largest unsecured creditors; and (vi) all parties entitled to notice pursuant to Local

Bankruptcy Rule 9013-1(m).  The Debtors submit that no other or further notice need be

provided.

## NO PRIOR REQUEST

24.    No previous request for the relief sought in this Motion has been made to

this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.


Dated: Wilmington, DE
        April 24, 2013


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Mark S. Chehi*
Mark S. Chehi (I.D. No. 2855)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

George N. Panagakis (*pro hac vice admission pending*)
Jessica S. Kumar (*pro hac vice admission pending*)
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

Proposed Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :
In re:                               :        Chapter 11
                                     :
SYNAGRO TECHNOLOGIES, INC.,          :        Case No. 13-11041 (BLS)
                                     :
        Debtor.                      :        Tax I.D. No. 88-0219860
                                     :
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :
In re:                               :        Chapter 11
                                     :
DRILLING SOLUTIONS, LLC              :        Case No. 13-11065 (BLS)
                                     :
                                     :
        Debtor.                      :        Tax I.D. No. 71-102935
                                     :
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :
In re:                               :        Chapter 11
                                     :
EARTHWISE ORGANICS, LLC              :        Case No. 13-11063 (BLS)
                                     :
                                     :
        Debtor.                      :        Tax I.D. No. 77-0445458
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
ENVIRONMENTAL PROTECTION AND              :        Case No. 13-11061 (BLS)
IMPROVEMENT COMPANY                       :
                                          :
          Debtor.                         :        Tax I.D. No. 22-1922397
                                          :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
NETCO – WATERBURY, LP                     :        Case No. 13-11066 (BLS)
                                          :
                                          :
          Debtor.                         :        Tax I.D. No. 06-1375202
                                          :
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :        Chapter 11
                                          :
NEW HAVEN RESIDUALS, LP                   :        Case No. 13-11067 (BLS)
                                          :
                                          :
          Debtor.                         :        Tax I.D. No. 06-1432758
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
NEW YORK ORGANIC FERTILIZER               :    Case No. 13-11070 (BLS)
COMPANY                                   :
                                          :
            Debtor.                       :    Tax I.D. No. 36-4148694
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
PROVIDENCE SOILS, LLC                     :    Case No. 13-11054 (BLS)
                                          :
                                          :
            Debtor.                       :    Tax I.D. No.06-1559061
                                          :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SOARING VISTAS PROPERTIES, LLC            :    Case No. 13-11069 (BLS)
                                          :
                                          :
            Debtor.                       :    Tax I.D. No. 52-1444015
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
SOUTH KERN INDUSTRIAL CENTER, LLC :    Case No. 13-11050 (BLS)
                                              :
                                              :
              Debtor.                         :    Tax I.D. No. 77-0572099
                                              :
                                              :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
ST INTERCO, INC.                              :    Case No. 13-11043 (BLS)
                                              :
                                              :
              Debtor.                         :    Tax I.D. No. 90-0114867
                                              :
                                              :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
SYNAGRO – CONNECTICUT, LLC         :    Case No. 13-11051 (BLS)
                                              :
                                              :
              Debtor.                         :    Tax I.D. No. 06-1345632
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

4

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
SYNAGRO – WCWNJ, LLC                          :    Case No. 13-11049 (BLS)
                                              :
                                              :
              Debtor.                         :    Tax I.D. No. 36-3960817
                                              :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
SYNAGRO – WWT, INC.                           :    Case No. 13-11042 (BLS)
                                              :
                                              :
              Debtor.                         :    Tax I.D. No. 52-1130492
                                              :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
SYNAGRO CENTRAL, LLC                          :    Case No. 13-11044 (BLS)
                                              :
                                              :
              Debtor.                         :    Tax I.D. No. 76-06125
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

5

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SYNAGRO COMPOSING COMPANY OF            :    Case No. 13-11064 (BLS)
CALIFORNIA, LLC                         :
                                        :
            Debtor.                     :    Tax I.D. No. 33-0267671
                                        :
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SYNAGRO DETROIT, LLC                    :    Case No. 13-11055 (BLS)
                                        :
                                        :
            Debtor.                     :    Tax I.D. No. 26-0561107
                                        :
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :    Chapter 11
                                        :
SYNAGRO DRILLING SOLUTIONS, LLC         :    Case No. 13-11048 (BLS)
                                        :
                                        :
            Debtor.                     :    Tax I.D. No. 45-2484598
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :        Chapter 11
                                        :
SYNAGRO HYPEX, LLC                      :        Case No. 13-11057 (BLS)
                                        :
                                        :
            Debtor.                     :        Tax I.D. No.27-4552544
                                        :
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :        Chapter 11
                                        :
SYNAGRO MANAGEMENT, LP                  :        Case No. 13-11068 (BLS)
                                        :
                                        :
            Debtor.                     :        Tax I.D. No. 76-0664372
                                        :
                                        :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :        Chapter 11
                                        :
SYNAGRO NORTHEAST, LLC                  :        Case No. 13-11045 (BLS)
                                        :
                                        :
            Debtor.                     :        Tax I.D. No. 76-0612564
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :        Chapter 11
                                                          :
SYNAGRO OF CALIFORNIA                                     :        Case No. 13-11059 (BLS)
                                                          :
                                                          :
                Debtor.                                   :        Tax I.D. No. 86-0468598
                                                          :
                                                          :
                                                          :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :        Chapter 11
                                                          :
SYNAGRO OF MINNESOTA – REHBEIN,                           :        Case No. 13-11060 (BLS)
LLC                                                       :
                                                          :
                Debtor.                                   :        Tax I.D. No. 41-1507969
                                                          :
                                                          :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                                    :        Chapter 11
                                                          :
SYNAGRO OF TEXAS – CDR, INC.                              :        Case No. 13-11062 (BLS)
                                                          :
                                                          :
                Debtor.                                   :        Tax I.D. No. 74-2648566
                                                          :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

8

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
SYNAGRO PRODUCT DISTRIBUTION,               :    Case No. 13-11058 (BLS)
LLC                                         :
                                            :
             Debtor.                        :    Tax I.D. No. 45-4824357
                                            :
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
SYNAGRO SOUTH, LLC                          :    Case No. 13-11046 (BLS)
                                            :
                                            :
             Debtor.                        :    Tax I.D. No. 76-0612567
                                            :
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
SYNAGRO TEXAS, INC.                         :    Case No. 13-11053 (BLS)
                                            :
                                            :
             Debtor.                        :    Tax I.D. No. 76-0664372
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SYNAGRO WEST, LLC                         :    Case No. 13-11047 (BLS)
                                          :
                                          :
              Debtor.                     :    Tax I.D. No. 76-0612566
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SYNAGRO WOONSOCKET, LLC                   :    Case No. 13-11052 (BLS)
                                          :
                                          :
              Debtor.                     :    Tax I.D. No. 06-1201634
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
SYNATECH HOLDINGS, INC.                   :    Case No. 13-11071 (BLS)
                                          :
                                          :
              Debtor.                     :    Tax I.D. No. 20-8315544
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x
```

**ORDER (A) DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1 AND (B) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION AND <u>BANKRUPTCY RULES 1005 AND 2002(n)</u>**

Upon the motion (the "<u>Motion</u>") [1] of the Debtors for an order, pursuant to

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion related hereto.

10

Bankruptcy Code section 342(c)(1), Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1 directing joint administration of these cases and administratively consolidating the respective chapter 11 cases of each Debtor for procedural purposes only and waiving the requirement that the Debtors' captions list the Debtors' tax identification numbers and certain other information; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, stakeholders and other parties in interest; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned chapter 11 cases of the Debtors be, and hereby is, jointly administered by the Court.

3.      The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:                                                      :      Chapter 11
                                                            :
SYNAGRO TECHNOLOGIES, INC., et al.,                         :      Case No. 13-11041 (BLS)
                                                            :
        Debtors.[2]                                         :      (Joint Administration Pending)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4.      Each motion, application and notice shall be captioned as indicated in the

preceding decretal paragraph and all original docket entries shall be made in the case of Synagro

Technologies, Inc., Case No. 13-11041 (BLS).

5.      The requirement under Bankruptcy Rule 2002(n) that any other names

used by the Debtors in the previous eight years be contained in the caption is hereby waived.

6.      A docket entry shall be made in each of the Debtors' cases (except that of

Synagro Technologies, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with the case of
> Synagro Technologies, Inc., Case No. 13-11041 (BLS), for procedural purposes
> only and providing for its joint administration in accordance with the terms thereof.

---

[2]      The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Drilling
Solutions, LLC (9935); Earthwise Organics, LLC (5458); Environmental Protection & Improvement Company,
LLC (2397);  NETCO - Waterbury, LP (5202); New Haven Residuals, LP (2758); New York Organic Fertilizer
Company (8694);  Providence Soils, LLC (9061); Soaring Vista Properties, LLC (4015); South Kern Industrial
Center, LLC (2099); ST Interco, Inc. (4897); Synagro - Connecticut, LLC (5532); Synagro - WCWNJ, LLC
(0817); Synagro - WWT, Inc. (0492); Synagro Central, LLC (2568); Synagro Composting Company of
California, LLC (7671); Synagro Detroit, LLC (1107); Synagro Drilling Solutions, LLC (4598); Synagro-Hypex,
LLC (2544); Synagro Management, LP (4546); Synagro Northeast, LLC (2564); Synagro of California, LLC
(8598); Synagro of Minnesota - Rehbein, LLC (7969); Synagro of Texas - CDR, Inc. (8566); Synagro Product
Distribution, LLC (4357); Synagro South, LLC (2567); Synagro Technologies, Inc. (9860); Synagro Texas,
LLC (4372); Synagro West, LLC (2566); Synagro Woonsocket, LLC (1634); Synatech Holdings, Inc. (5544).
The Debtors' address is 1800 Bering Drive, Suite 1000, Houston, Texas 77057.

The docket in Case No. 13-11041 (BLS) should be consulted for all matters affecting this case.

      7.     This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation or interpretation of this order.

Dated:  Wilmington, DE
         _____ __, 2013

_____
The Honorable Brendan L. Shannon
UNITED STATES BANKRUPTCY JUDGE

13